[No. 39204-2-I.    Division One.    November 17, 1997.]

THOMAS WOLD, *Appellant*, v. C. LEROY SCHENK, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 95-2-01836-6, Stanley K. Bruhn, J., entered July 22, 1996. *Affirmed* by unpublished opinion per Agid, J., concurred in by Grosse and Ellington, JJ.

[No. 39224-7-I.    Division One.    November 17, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. J.R., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-8-03079-3, Michael Spearman, J., entered July 26, 1996. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Baker, C.J., and Grosse, J.

[No. 39351-1-I.    Division One.    November 17, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT ALLEN COGGLE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-00312-0, Linda Lau, J., entered September 16, 1996. *Affirmed* by unpublished opinion per Agid, J., concurred in by Cox and Ellington, JJ.

[No. 39439-8-I.    Division One.    November 17, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL ALLEN RIDLEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-01922-1, Janice Niemi, J., entered August 30, 1996. *Reversed* by unpublished opinion per Webster, J., concurred in by Baker, C.J., and Grosse, J.